U.S. District Court of Middle Florida
Office of the Clerk: Hon Chief Judge
401 W. Central Blvd #1200 Orlando Florida 32801
April 6, 2023

Kum nam LEE
A petitioner

V.

Proland management
Respondent

under 42 USC 1983
a civil rights action
own solely

a complaint by Federal or
the law of the state for injury

FILED 2023 MAR 27 PM 4:37 US DISTRICT COURT MIDDLE DISTRICT OF FL ORLANDO FLORIDA

Tax payer Damage or no discrimination by Jury
a writ of attachment, garnishment an owneship amount of damage is ~~Ten millions dollars~~ Reduce to Five millions dollars. I am injured to for earlier, not now
Redress required, for plus Ten Thousand dollars every month living cost, without tax and citizenship papers. I want visit to Seoul Korea

a claim by Kum nam LEE    a pro se required

The Final decision
if more than End of November, 2022
I will plus charge Fifty millions dollars charged.
- Consolidated -
For my age's
Please pay in Full within Two Year For End of 2024, and a "merger"
a limitation
an estate
by cash
only one
10% now
Cash one Time
Pay Tax

Reason by low income or section 8 apartment applyed, denyed no discrimination

name: Kum nam LEE

an amended, a relief
a forthwith, an extend

Address: 5155 Marathon St #106
Los Angeles, CA 90038

Date: April 6, 2023

A notice of Appeal

U.S. DISTRICT COURT FOR THE ~~Central~~ Middle DISTRICT OF ~~California~~ Florida
APRIL 6, 2023

Kum nam LEE
 A petitioner

V.

Proland management
 Respondent

A notice of appeal

Docket no.
2:21-CV-07564 GW-KS

FILED 2023 MAR 27 PM 4:37 US DISTRICT COURT MIDDLE DISTRICT OF FL ORLANDO, FLORIDA

a writ of certiorari
a use
an equitable ownership
an appropriated
an immediately
a within Ten days
The last day For Filing
~~Double Cost~~

a covenant     Continue. Primary,
a decision     Facts, Parties, condon
a determination   Date: APRIL 6, 2023
a conclude
a no more       at least Three-Fourth of, an End, Plus Twenty millions dollars
a case          a Rehearing, a Relief, a granted, an amended, an admitted, a conclude
an order        a petition for a writ of Certiorari To a Review, a Case, a Judgment, a Reviewed
warranty        a good cause, a good Faith, June 16, 22. again notice; a Reversal, one, only on
a deed          a Jurisdiction To supreme court, a decision, one Consider, one Final, if
continuing      more than End of July, 2022 than, Plus charged double Cost all of ...
                For Time To Time shall be vested, ordain, establish. courts. congress. know
     I will Conduct myself, I will support THE CONSTITUTION OF THE UNITED STA
I believe That I am entitled To Redress,   Since: 1993-2022, D.O.B. 1940

notice:   a party: Kum nam LEE

Date:

name: Kum nam LEE

Address: 5155 marathon ST #106
Los Angeles, CA 90038

again plus Twenty millions dollar