UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KUM NAM LEE,**

        **Plaintiff,**

v.                                        Case No.  **6:23-cv-535-CEM-LHP**

**PROLAND MANAGEMENT,**

        **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on a two-page handwritten document filed by Plaintiff Kum Nam Lee that purports to be a 42 U.S.C. § 1983 civil rights complaint. (Doc. 1). However, the complaint is not filed on a standard complaint form, the document is unintelligible, and the Court cannot discern the basis for a civil rights claim.

Further, Plaintiff's address is in Los Angeles, California. Consequently, it is not clear that jurisdiction over this action lies in this Court. *See* 28 U.S.C. § 1391(b)(2) ("A civil action may be brought in-- . . . (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred[.]"). Additionally, Plaintiff has not paid the filing fee or moved to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915(b)(1).

Therefore, this case will be dismissed to afford Plaintiff the opportunity to (1) file a new complaint (using a standard civil rights complaint form), in a new case in the appropriate court, to which the Clerk will assign a new case number, and (2) pay the filing fee or move to proceed *in forma pauperis*.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**;
2. The Clerk must **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on March 30, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copy furnished to:

Unrepresented Party